# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY and CUMBERLAND INSURANCE COMPANY, INC., | CIVIL ACTION NO. 3:12-CV-2404 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| MICHAEL GRATZ INSURERS and MICHAEL GRATZ, | |
| Defendants. | |

## ORDER

**NOW**, this 7th day of December, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Cumberland Mutual Fire Insurance Company and Cumberland Insurance Company, Inc. are given leave to file an amended complaint within twenty-one (21) days from the date of this order. If Plaintiffs fail to do so, the action will be dismissed.


/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge