UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CUMBERLAND MUTUAL FIRE INSURANCE COMPANY and CUMBERLAND INSURANCE COMPANY, INC.,** : : : : **Plaintiffs** : : v. : : **MICHAEL GRATZ INSURERS and MICHAEL GRATZ,** : : **Defendants** : | **CIVIL ACTION NO. 3:12-2404** **(JUDGE MANNION)** |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to dismiss the plaintiffs' amended complaint, **(Doc. No. 10)**, is **GRANTED**;

**(2)** the plaintiffs' amended complaint, **(Doc. No. 8)**, is **DISMISSED**; and

**(3)** the Clerk of Court is directed to close this case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 22, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2404-01-ORDER.wpd